98–2053.   Henry Meyer Assoc., Inc. v. Moreland Hills.

Cuyahoga App. No. 72754.   Reported at 84 Ohio St.3d 1468, 704 N.E.2d 577.   On motion for

reconsideration. Motion granted; *sua sponte*, the discretionary appeal is allowed, and the cause is consolidated with 98–2054, *infra*.

Соок, J., dissents.